**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01985-REB-KMT

MARCELLA EADY,

    Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC, and
ROBERT BARRY, JR.

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice Pursuant to Settlement** [#17][1] filed January 15, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice Pursuant to Settlement** [#17] filed January 15, 2014, is **APPROVED**; and

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 15, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge